■ In the Matter of PLAZA REALTY INVESTORS et al., Appellants, v NEW YORK CITY CONCILIATION AND APPEALS BOARD et al., Respondents.

The determination of the New York City Conciliation and Appeals Board (CAB) has a rational basis in the record and, therefore, was properly confirmed (*Matter of Korein v Conciliation & Appeals Bd.,* 57 NY2d 938; *Fresh Meadows Assoc. v Conciliation & Appeals Bd.,* 88 Misc 2d 1003, *affd* 55 AD2d 559, *affd* 42 NY2d 925). Moreover, as Special Term correctly noted, judicial review of an administrative determination is limited to the record adduced before the agency (*Matter of Fanelli v New York City Conciliation & Appeals Bd.,* 58 NY2d 952, *affg* 90 AD2d 756 *on mem at App Div; People ex rel. Martinez v Walters,* 99 AD2d 476, *appeal dismissed* 63 NY2d 727; *Matter of Celestial Food Corp. v New York State Liq. Auth.,* 99 AD2d 25, 27). Nor was there any due process violation in the CAB's failure to conduct an evidentiary hearing (*see, Matter of RHS Realty Co. v Conciliation & Appeals Bd.,* 101 AD2d 756). Titone, J. P., Bracken, Rubin and Lawrence, JJ., concur.